No. 99–8724. IN RE KING;
No. 99–8751. IN RE HARRIS; and
No. 99–8829. IN RE SHORT. Petitions for writs of mandamus denied.

No. 99–1257. BROWNER, ADMINISTRATOR OF ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* AMERICAN TRUCKING ASSNS., INC., ET AL. C. A. D. C. Cir. Certiorari granted. 

No. 99–1178. SOLID WASTE AGENCY OF NORTHERN COOK COUNTY *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 7th Cir. Motions of Pacific Legal Foundation and Randy Peterson, National Association of Home Builders, and American Farm Bureau Federation for leave to file briefs as *amici curiae* granted. Certiorari granted. 

No. 99–1379. CIRCUIT CITY STORES, INC. *v.* ADAMS. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 99–6218. ROGERS *v.* TENNESSEE. Sup. Ct. Tenn. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 98–1996. PELCHAT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 98–9402. DAVIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–9601. BEARDEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–1203. THERIOT ET AL. *v.* PARISH OF JEFFERSON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 99–1209. NOVATO FIRE PROTECTION DISTRICT *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 99–1283. KUMAR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.